In the Matter of the Application of Thomas F. Farrell, Appellant, for a Peremptory Writ of Mandamus against William Williams, as Commissioner of the Department of Water Supply, Gas and Electricity of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Home Bureau, Appellant, v. George H. Bell, as Commissioner of Licenses of the City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank Lanza, Respondent, v. Southern Pacific Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Oceanic Investing Company, Respondent, v. Twenty-eighth Street and Seventh Avenue Realty Company and Others, Impleaded with Rudolph A. Rodel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Benjamin E. Moore, Respondent, v. John Dooley, as President, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Richard Weingart, Respondent, v. The Mutual Life Insurance Company of New York, Appellant.— Order modified by striking out the first item in order requiring the bill of particulars, and as modified affirmed, without costs. Order to be settled on notice. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary E. Shiebler, Respondent, v. Marvin Shiebler, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Maurice Goldstein v. John J. Murphy.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. James Wilkinson v. Edgar V. Frothingham.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Clara Tonessen v. The City of New York.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Simeon M. Barber v. George F. Quelet and Another.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Metropolitan Trust Company v. Long Acre Electric Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.